981 A.2d 1277

MEDFORD TOWNSHIP BOARD OF EDUCATION, PLAINTIFF–
RESPONDENT, v. MEDFORD EDUCATION ASSOCIATION
AND JAMES BAPTISTE, DEFENDANTS–PETITIONERS.

August 6, 2009.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Mount Holly Township Board of Education v. Mount Holly Township Education Association*, 199 *N.J.* 319, 972 *A.*2d 387 (2009).

981 A.2d 1277

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JERMAINE MCINTYRE, DEFENDANT–
PETITIONER.

September 11, 2009.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Appellate Division to reconsider in light of *State v. Nunez–Valdez*, 200 *N.J.* 129, 975 *A.*2d 418 (2008).

981 A.2d 1277

FRANCES J. HOFFMAN, PLAINTIFF-RESPONDENT, v. BRUCE
W. HOFFMAN, DEFENDANT–PETITIONER.

September 24, 2009.

Denied.